JAY WILLIAMS

6767 STATE HIGHWAY 198

MABANK, TEXAS 75156

Power of Attorney: Erin Dennis

972-754-0976

Ajsecurty@gmail.com



EASTERN DISTRICT of TEXAS

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| TEXAS<br>Plaintiff,<br>v.<br>ERIN DENNIS<br>Defendant, | ) ) ) ) ) | 6:22.CV449<br><br>Case: FAM 21-0772-CC2 |

## VOID JUGDEMENT

THIS CAUSE having been come before the Court upon motion of the State of Texas, Jay Williams demands an order.

ORDERED AND ADJUDGED that: The Current Court Order be voided. Hailie and Charles Williams be immediately remanded to Jay and Williams with full conservatorship.

# 1. The Law of Void Judgments and Decisions Supreme Court Decisions on Void Orders

A judgment may not be rendered in violation of constitutional protections. The validity of a judgment may be affected by a failure to give the constitutionally required due process notice and an opportunity to be heard. Earle v. McVeigh, 91 US 503, 23 L Ed 398. See also Restatements, Judgments ' 4(b). Prather v Loyd, 86 Idaho 45, 382 P2d 910. The limitations inherent in the requirements of due process and equal protection of the law extend to judicial as well as political branches of government, so that a judgment may not be rendered in violation of those constitutional limitations and guarantees. Hanson v Denckla, 357 US 235, 2 L Ed 2d 1283, 78 S Ct 1228. A void judgment is not entitled to the respect accorded a valid adjudication, but may be entirely disregarded, or declared inoperative by any tribunal in which effect is sought to be given to it. It is attended by none of the consequences of a valid adjudication. It has no legal or binding force or efficacy for any purpose or at any place. ... It is not entitled to enforcement ... All proceedings founded on the void judgment are themselves regarded as invalid. 30A Am Jur Judgments " 44, 45. It is a fundamental doctrine of law that a party to be affected by a personal judgment must have his day in court, and an opportunity to be heard. Renaud v.

Abbott, 116 US 277, 29 L Ed 629, 6 S Ct 1194. Every person is entitled to an opportunity to be heard in a court of law upon every question involving his rights or interests before he is affected by any judicial decision on the question. Earle v McVeigh, 91 US 503, 23 L Ed 398.

## 2. No Opportunity to Be Heard

A judgment of a court without hearing the party or giving him an opportunity to be heard is not a judicial determination of his rights. Sabariego v Maverick, 124 US 261, 31 L Ed 430, 8 S Ct 461, and is not entitled to respect in any other tribunal. "A void judgment does not create any binding obligation. Federal decisions addressing void state court judgments include Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L ed 370; Ex parte Rowland (1882) 104 U.S. 604, 26 L.Ed. 861: "A judgment which is void upon its face, and which requires only an inspection of the judgment roll to demonstrate its wants of vitality is a dead limb upon the judicial tree, which should be lopped off, if the power to do so exists." People v. Greene, 71 Cal.100 [16 Pac. 197, 5 Am. St. Rep. 448]. "If a court grants relief, which under the circumstances it hasn't any authority to grant, its judgment is to that extent void." (1Freeman on Judgments, 120c.) An illegal order is forever void.

## 3. Orders Exceeding Jurisdiction

An order that exceeds the jurisdiction of the court is void can be attacked in any proceeding in any court where the validity of the judgment comes into issue. (See Rose v. Himely (1808) 4 Cranch 241, 2 L ed 608; Pennoyer v. Neff (1877) 95 US 714, 24 L ed 565; Thompson v. Whitman (1873) 18 Wall 457, 21 1 ED 897; Windsor v. McVeigh (1876) 93 US 274, 23 L ed 914; McDonald v. Mabee (1917) 243 US 90, 37 Sct 343, 61 L ed 608. "If a court grants relief, which under the circumstances it hasn't any authority to grant, its judgment is to that extent void." (1 Freeman on Judgments, 120c.) "A void judgment is no judgment at all and is without legal effect." (Jordon v. Gilligan, 500 F.2d 701, 710 (6th Cir. 1974) "a court must vacate any judgment entered in excess of its jurisdiction." (Lubben v. Selective Service System Local Bd. No. 27, 453 F.2d 645 (1st Cir. 1972). A void judgment does not create any binding obligation. Federal decisions addressing void state court judgments include Kalb v. Feuerstein (1940) 308 US 433, 60 S Ct 343, 84 L ed 370. Federal judges issued orders permanently barring Stich from filing any papers in federal courts. After Judges Robert Jones and Edward Jellen corruptly seized and started to liquidate Stich's assets, Judge Jones issued an unconstitutional order barring Stich from filing any objection to the seizure and liquidation.

## 4. Void Orders Can Be Attacked at Any Time

An order that exceeds the jurisdiction of the court, is void, or voidable, and can be attacked in any proceeding in any court where the validity of the judgment comes into issue. (See Rose v. Himely (1808) 4 Cranch 241, 2 L ed 608; Pennoyer v. Neff (1877) 95 US 714, 24 L ed 565; Thompson v. Whitman (1873) 18 Wall 457, 21 1 ED 897; Windsor v. McVeigh (1876) 93 US 274, 23 L ed 914; McDonald v. Mabee (1917) 243 US 90, 37 Sct 343, 61 L ed 608. U.S. v. Holtzman, 762 F.2d 720 (9th Cir. 1985) ("Portion of judgment directing defendant not to import vehicles without first obtaining approval ...

was not appropriately limited in duration and, thus, district court abused its discretion by not vacating it as being prospectively inequitable." Id at 722

      PRAYER: Jay Williams prays this order be signed. Jay Williams prays for Hailie and Charles Williams to be remanded into Jay and or Amy Williams' custody immediately. Jay Williams prays for declaratory Judgement of reimbursement of money spent and or further relief as the Court may deem reasonable and just under the circumstances. Jay Williams prays for declaratory Judgement of $3500.00/minute for the false imprisonment of Hailie Williams and or further relief as the Court may deem reasonable and just under the circumstances (Account such as or like Texas Able which Jay Williams already has one set up for Jordan Williams.) Jay Williams prays for declaratory Judgement of $ 3500.00/ minute for the false imprisonment of Charles Williams and or further relief as the Court may deem reasonable and just under the circumstances. (Account such as or like Texas Able which Jay Williams already has one set up for Jordan Williams.)

      DONE AND ORDERED this____day of _____2022.

_____
      Honorable Judge:

## FACTS AND LAWS

1. On December 14, 2021, David Dennis (Jay Williams' youngest grandson) died of natural causes. This is the official cause of death listed on the death certificate.
2. The only witness are Erin and Daniel Dennis (parents), Hailie Williams who was 4yrs of age at time of her youngest brother's death, and Charles Williams who was 2yrs of age at time of his younger brother's death.
3. The Henderson County Sheriff's Deputies kept Hailie and Charles Williams inside the trailer during the investigation for about two hours despite repeated requests by family members to bring/take Hailie and Charles Williams outside. Witnesses: Amy, Carole, and Sherri Williams, Erin and Daniel Dennis, Sheriff Deputies. Jay Williams talked to Sheriff's Department Investigator Mr. Brian Hall who could not justify nor explain this fact.
4. CPS kidnapped Hailie and Charles Williams. CPS did NOT have a warrant or a valid signed consent form. Erin Dennis was still in a state of shock after discovering her youngest baby deceased. Witnesses: Jay, Amy, Jordan, Carole, and Sherri Williams, Dale Norris (preacher), and Sheriff Deputies. Texas Constitution Sec. 9. SEARCHES AND SEIZURES. The people shall be secure in their persons, houses, papers, and possessions, from all unreasonable seizures or searches, and no warrant to search any place, or to seize any person or thing, shall issue without describing them as near as may be, nor without probable cause, supported by oath or affirmation. (Feb. 15, 1876.).
5. The Affidavit signed by the Sheriff's Department does NOT mean anything. Texas Rules of Evidence Rule 406 {Habit}.

A. On 08/07/2022, The Henderson County Law Enforcement Refused to uphold several sections of the Texas Constitution. Sections 6, 13, 19, 22, and 29. C20-36134. Note: Jordan Williams is a disabled individual. Texas Penal Code 5 Section 22.04. Texas Penal Code § 32.21(a)(1)(A)(ii) Fraud, Texas Penal Code § 32.22(b) intent to commit fraud or harm, Texas Penal Code § 39.03(a)(1) Official Oppression, Texas Penal Code § 39.03(a)(2) Official Oppression, Texas penal Code 15.02 Conspiracy, Texas penal Code § 7.02 Criminally responsible, Texas Penal Code § Chapter 6 Neglect, Texas Penal Code § 140 Cruel and unusual punishment, Texas Penal Code § 3.04 Official misconduct, Texas Penal Code § chapter 32 Fraud, Texas Penal Code 8 Chapter 39. Abuse of office, Texas Penal Code 1.07 just to name a few laws.

B. Jay Williams has reached out to ALL AHJ. Here are some of the people that Jay Williams has reached out to for help and has not received any help. cody.craig@house.texas.gov, us.marshals@usdoj.gov, InspectorGeneral@dps.texas.gov, Brian.Leach@usdoj.gov, bhall@henderson-county.com, bquintanilla@henderson-county.com. Receipt number of certified package to Mr. Ken Paxton 9590 9402 4373 8190 9304 72; Receipt number of certified package sent to the Honorable John D. Love 7017 3380 0000 3678 8555; Receipt number of certified package sent to Henderson County DA Jenny Palmer 7017 3380 0000 3678 8531; Receipt number of certified package sent to the Honorable Nicholas Ganjei 7017 3380 0000 3678 8562; Receipt number of certified package sent to Travis County DA 7017 3380 0000 3678 8265; Receipt number of certified package sent to the Honorable Roy Payn 7017 3380 0000 3678 8579; Receipt number of certified package sent to Representative Keith Bell 7020 3160 0000 0859 8351; Receipt number of certified package sent to Representative John Cornyn 7020 3160 0000 0859 8313;Receipt number of certified package sent to Mr. Lance Gooden 7020 3160 0000 0859 8320; Receipt number of certified package sent to Mr. Robert Nichols 7020 3160 0000 0859 8368. Texas Ranger having jurisdiction over Henderson County (903-675-6091). He called Jay Williams (972-754-0976) on 09/16/2022 at 1:04 p.m.

C. On 12/14/2021, The Henderson County Sheriff's Deputies LIED to Jay Williams at around 10:00p.m. at his residence.

D. The Henderson County Sheriff's Department compromised evidence and Erin Dennis spent the first two months in isolation immediately after losing her youngest baby who died of natural causes. Texas Constitution Sec. 13. EXCESSIVE BAIL OR FINES; CRUEL OR UNUSUAL PUNISHMENT; OPEN COURTS; REMEDY BY DUE COURSE OF LAW.

E. Mr. Brian Hall (Sheriff Investigator) committed aggravated perjury in case number FAM 21-0772-CC2.

F. Kimberly Coursey (CPS case worker) committed aggravated perjury on 6/1/22 when she accused Jay Williams of having inappropriate behavior toward both grandchildren. Jay Williams notified Mr. Brian Hall and Mr. Balde Quintanilla on 6/2/22 via email. Nothing. Beth Neu, the Texas prosecutor, did not charge Mrs. Coursey either or Mr. Brian Hall even though she was present. Texas Criminal Code of Procedures 2.03-2.06.

6. Erin Dennis rescinded all statements made and documents she signed. Verified by attorney Ken Strawn and recorded on the Henderson County Jail Recordings.

7. Daniel Dennis rescinded all statements made and documents signed. Verified by his sister Jessie Dennis (214-241-3906) and recorded on the Henderson County Jail Recordings.
8. On 01/11/22 Dale Norris {903-681-2496} (the Williams' preacher) was allowed to see Erin and Daniel Dennis as a preacher. Since then, Dale Norris has been denied access into the jail as a preacher.
9. CPS, Edward Risner, Celeste Richmon, CASA, Kristi Lafferty, Kevin Lafferty, Camila jones, and their attorneys colluded against Jay Williams and or Amy Williams, and or Erin Dennis. Case FAM 21-0772-CC2. Everything is documented.
10. Jay Williams has been mentioning Ken Paxton and the BAR and others committing unlawful acts such as "Neglect of Duty" and other unlawful acts on the jail's recorded line and phone calls since Erin Dennis was imprisoned.
11. C21-58009 proves that someone with a key violated Erin Dennis and family's right. Unlawful search and seizure as well as private government issued documents were removed, trashed, and or destroyed. The Henderson County Sherriff's department has not taken any action. Jay Williams still does not have an update. Only other person with a key was Robert Raxter as far as Jay Williams knows. The Henderson County Sheriff's Department has not given an update and it was 5 months before they questioned Daniel Dennis about his guns and other possessions that were stolen.
12. Erin Dennis was in a state of shock when CPS kidnapped Hailie and Charles Williams on December 14, 2022. Erin Dennis was in a state of shock when she was coerced into signing documents CPS had her sign. Witnesses: Jay Williams, Amy Williams, Jordan Williams, Sherri Williams, and Carole Williams, Sheriff Deputies, and body cam footage. Ken Strawn later had Erin Dennis rescind her statements and documents she signed. Erin Dennis also made statements rescinding everything on the jails recorded system.
13. Henderson County D-U-N-S number is 040953780000. Provided by Clint Davis.
14. Texas D-U-N-S number is 002537595
15. D-U-N-S Means that the entity is a corporation. Corporations cannot be harmed.
16. http://cps-corruption.blogspot.com\
17. CPS and others committed Medicaid Fraud and HIPAA violations regarding Erin Dennis and or Hailie Williams and or Charles Williams.
18. There was no reasonable explanation given for the denial of the Williams' home study. Case FAM 21-0772-CC2
19. Everyone who was court appointed put the Williams and Erin Dennis in a "negative light" without having any direct knowledge of facts.
20. The "doctor" who diagnosed Hailie did NOT spend any time with her or talked to her. He talked to Lisa Currie as testified under oath. This fact alone should nullify anything he said.
21. Eddie Risner (Charles Williams' sire) cannot take care of himself. He is living with his mom. He has been kicked out of the military. He has a breach of a lease on his record. He was living out of town at the time of David Dennis death. He appeared to need a lot of "coaching" during the hearing. Eddie Risner knowingly and willingly refused to provide food, shelter, clothing, medical insurance, transportation, or any other need for his son for the past three years. Texas Penal Code 5 section 22.04.
22. Eddie Risner has close family ties, sister and aunts and uncles, working at CPS should have been a conflict of interest.

23. The Williams visits with Hailie and Charles has been "short changed" often. By testimony, Judge Perryman did not know about her own order restricting the Williams visits to one hour.
24. The missed visit for the Williams because of no communication was never made up for.
25. There was no justification for the Williams to be ordered to receive supervised visits. The Williams had NOTHING on their background. Jay Williams works at Government facilities such as Raytheon, FBI, CIA (where the director is housed and they have listening devises in the ceiling, Jails, Hospitals, DOD, TXDOT, Ect......and has constant background checks.
26. The Williams have done NOTHING to deserve the attitude, mistreatment, and defamation of character!
27. During the hearings, Texas and CPS made accusations as facts instead of allegations which by the way were never proven.
28. Christopher Tinsley, the children's lawyer did not consult Hailie and Charles Williams' immediate family members and could not have been looking out for their best interests as a normal person would believe should have happened. Breach of fiduciary duty.
29. Charles Williams has a scar on his face that he received while in the care of Lisa Currie. The scar was explained as self-inflicted. The scar goes from the front to the back or back to front. Children scratch themselves up and down. Charles Williams received this while in CPS custody under the care of Lisa Currie. Jay Williams notified Mr. Brian Hall and Mr. Quintanilla, and NOTHING WAS DONE.
30. Lisa Currie's testimony about Hailie Williams or Charles Williams was never verified. Lisa Currie is receiving money from Texas as a foster mom. Lisa Currie testified under oath of an incident involving Hailing Williams that she stood back and observed instead of going to Hailie Williams and comforting and reassuring her. (Is this not emotional abuse?)
31. Erin and Daniel Dennis' right of Holy matrimony is being denied by Texas. A crime has not been proven.
32. CPS informed the Williams that Eddie and Kristi was allowed to spend Easter with Hailie and Charles.
33. Children thrive better in a two-parent stable home as verified by American Family Radio and the Dr. James Dobson Institute.
34. On 06/22/22, Jay Williams emailed Mrs. Lauren Young (Lauren.young2@dfps.texas.gov) and the Williams attorney, Mrs. Sarina Hagar requesting copies of documentation Erin Dennis signed as well as documentation the Williams signed (consent) as mentioned on the court of record by Mrs. Beth Neu. No response as of 06/29/22.
35. CPS cannot provide a warrant or a valid signed consent form from Erin Dennis when she was not in a state of shock as requested.
36. CPS cannot provide a signed consent form from the Williams as requested. They ran background checks on the Williams on 12/14/2021 without permission.
37. Eddie Risner is guilty (as would any other person) of child neglect, and or child endangerment, and or child abandonment when Eddie Risner (or any other person) was (is) not actively involved in or supporting Charles Williams' (or other children) every need for the past three years. Texas Penal Code 5 Sec 22.04.
38. CPS cannot prove Hailie and Charles Williams were in eminent danger if given to Jay and Amy Williams on 12/14/21.

39. Kevin Lafferty, Hailie Williams' sire, knowingly and willingly refused to provide food, shelter, clothes, medical insurance, transportation, or any other need for his daughter for the past five years. Texas Penal Code 5 section 22.04.
40. The Texas Constitution: Sec. 29. BILL OF RIGHTS EXCEPTED FROM POWERS OF GOVERNMENT AND INVIOLATE. To guard against transgressions of the high powers herein delegated, we declare that everything in this "Bill of Rights" is excepted out of the general powers of government, and shall forever remain inviolate, and all laws contrary thereto, or to the following provisions, shall be void. INVIOLATE means Sacred and MUST be defended.
41. The Teas Constitution: Sec. 2. INHERENT POLITICAL POWER: REPUBLICAN FORM OF GOVERNMENT=" We the people which include the Williams and Erin and Daniel Dennis and their family.
42. The Texas Constitution: Sec. 6. FREEDOM OF WORSHIP. All men have a natural and indefeasible right to worship Almighty God according to the dictates of their own consciences. No man shall be compelled to attend, erect or support any place of worship, or to maintain any ministry against his consent. No human authority ought, in any case whatever, to control or interfere with the rights of conscience in matters of religion, and no preference shall ever be given by law to any religious society or mode of worship. But it shall be the duty of the Legislature to pass such laws as may be necessary to protect equally every religious denomination in the peaceable enjoyment of its own mode of public worship. (Feb. 15, 1876.) Erin Dennis, Hailie Williams, and Charles Williams were born in the Southern Baptist Doctrine. This is what the Williams family believe in and has for decades. Dale Norris, a Southern Baptist preacher is being denied access to Erin Dennis in jail. Erin Dennis is a member of the church that Mr. Dale Norris is the preacher. Hailie Williams may be indoctrinating by a different doctrine by Kristi Lafferty who is actively engaged in false imprisonment of Hailie Williams. Eddie Risner is not a southern Baptist as far as Jay Williams know. Eddie Risner is indoctrinating Charles Williams who is actively engaged in the false imprisonment of Charles Williams.
43. The Texas Constitution: Sec. 8. FREEDOM OF SPEECH AND PRESS; LIBEL. False information has been published online about people involved in cases FAM 21-0772-CC2 and CR 22-0214-392, 22-18261 and NOT ONE PERSON HAS BEEN HELD LIABLE.
44. The Texas Constitution: Sec. 9. SEARCHES AND SEIZURES. CPS did NOT have a warrant to remove Hailie and Charles Williams on December 14, 2021. Witnesses: Jay, Amy, Jordan, Carole, and Sherri Williams, Dale Norris, Sheriff Deputies. (Body cams and cruiser cams can verify this fact.) Smith County Animal Control did NOT serve Jay or Jordan Williams a warrant for removal of their property. 22-18261. C21-58009.
45. The Texas Constitution: Sec. 13. EXCESSIVE BAIL OR FINES; CRUEL OR UNUSUAL PUNISHMENT; OPEN COURTS; REMEDY BY DUE COURSE OF LAW. Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishment inflicted. All courts shall be open, and every person for an injury done him, in his lands, goods, person or reputation, shall have remedy by due course of law. (Feb. 15, 1876.) Erin and Daniel Dennis' bail is so excessive that NOBODY can afford it. There is no direct witnesses or evidence that proves Daniel and or Erin has committed a crime. People's reputation and other injuries in cases FAM 21-0772-CC2 and CR 22-0214-392, 22-18261 have been ruined and no remedy yet.

46. The Texas Constitution: Sec. 15-a. COMMITMENT OF PERSONS OF UNSOUND MIND. No person shall be committed as a person of unsound mind except on competent medical or psychiatric testimony. The Covid 19 Farce brings into question the competency of ANY medical or psychiatric "doctors." Jay Williams and Erin Dennis have direct knowledge of the "competent" medical and psychiatric doctors as well. (Lack thereof.) Erin Dennis is being committed as incompetent. Blacks Law 6th Ed. Commit. To perpetrate, as a crime; to perform as an act; to entrust; to pledge. To send a person to prison by virtue of a lawful authority, for any crime or contempt, or to a mental health facility, workhouse, reformatory, or the like, by authority of a court or magistrate.
47. The Texas Constitution: Sec. 16. BILLS OF ATTAINDER; EX POST FACTO OR RETROACTIVE 7 LAWS; IMPAIRING OBLIGATION OF CONTRACTS. No bill of attainder, ex post facto law, retroactive law, or any law impairing the obligation of contracts, shall be made. (Feb. 15, 1876.) Erin and Daniel Dennis are actively being punished in jail without a trial and money being extorted from their families.
48. The Texas Constitution: Sec. 19. DEPRIVATION OF LIFE, LIBERTY, PROPERTY, ETC. BY DUE COURSE OF LAW. No citizen of this State shall be deprived of life, liberty, property, privileges, or immunities, or in any manner disfranchised, except by the due course of the law of the land. (Feb. 15, 1876.) Erin and Daniel Dennis are being deprived of life, liberty, property, privileges, and immunities without the due process of law as is Hailie and Charles Williams. Erin and Daniel Dennis and Hailie Williams and Charles Williams were DENIED celebrating Christmas, New Years, Easter, Birthdays, Church on Sundays and Wednesday nights, weekend family dinners or any other National Holiday which were WELL-ESTABLISHED routines (traditions) for the Williams. Smith County Animal Control killing Jordan Williams' service dog and the DA, Sheriff's Department, and Animal Control who lied under oath and used fraud and coercion as defined in Blacks law 6th ed. Tried to cover up the fact that Jordan Williams' service dog had been killed, is depriving Jordan Williams of life, liberty, property, privileges, and immunities without the due process of law. In accordance with the Texas Criminal Code of Procedures Article 2.03-2.06 and 15.04, Jay Williams personally went to see the Henderson County DA, the Henderson County Attorney, the Smith County DA, Smith County Sheriff's Department, and Civil DA (EVERYONE REFUSED TO TAKE JAY WILLIAMS' STATEMENT OF OATH AND TURN IT INTO A COMPLAINT), the denial to act is depriving Jay and or Jordan Williams of life, liberty, property, privileges, and immunities without the due process of law. Note: Jordan Williams has a life-threatening autoimmune disease and is on the autism spectrum and is disabled. Jordan Williams may NEVER be able to live by himself because of his medical conditions. Res Judicata Lorraine v. Markel Am. Ins. Co. 241 F.R.D. (D. Md. 2007)
49. The Texas Constitution: Sec. 22. TREASON AGAINST STATE. Treason against the State shall consist only in levying war against it, or adhering to its enemies, giving them aid and comfort; and no person shall be convicted of treason except on the testimony of two witnesses to the same overt act, or on confession in open court. (Feb. 15, 1876.) Res Judicata Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958) Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason. The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his

undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

50. The Texas Constitution: Sec. 30. RIGHTS OF CRIME VICTIMS. (a) crime victim has the following rights: (1) the right to be treated with fairness and with respect for the victim's dignity and privacy throughout the criminal justice process; and (2) the right to be reasonably protected from the accused throughout the criminal justice process. Erin Dennis' and or Daniel Dennis' and or Hailie Williams' and or Charles Williams' rights as "victims" were NOT upheld!

51. Jay Williams challenged the lawyer's jurisdiction before the emergency hearing, Sarina Hager was copied on the email. Jurisdiction was NEVER proven or established.

52. Fraud and coercion as defined by black's law 6th Ed. were used at mediation. Nudd v. Burrows Fraud vitiates everything.

53. On 02/23/2022 Jordan Williams (A disabled individual with autism and an autoimmune disease which prevents his body from handling any kind stress) had to be seen by his doctor as a direct result of undue stress caused by people involved in case FAM 21-0772-CC2 and others despite stress dosing.

54. Jordan Williams spent two months sleeping in Jay and Amy Williams bedroom on the floor while his sister, Erin Dennis, was in isolation (the Henderson County Sheriff's Department compromised evidence) immediately after Erin's youngest baby died of natural causes.

55. CPS kidnapped Hailie and Charles Williams on December 14, 2021: Title 18 § 242 Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death. (June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90-284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100-690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103-322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104-294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

56. Jordan Williams is disabled and has autism and has an autoimmune disease which prevents his body from handling stress. Jordan Williams was seen by his doctor on

2/23/22 and 03/01/22 despite stress dosing as a direct result of people involved with case FAM 21-0772-CC2 recklessly causing undue stress. Texas Penal Code 5 Section 22.04
57. Texas Constitution.
58. Texas Criminal Code of Procedures.

## LAWS WHICH MAY HAVE BEEN VIOLATED

1. The Declaration of Independence.
2. The Constitution of The United States of America.
3. The Texas Constitution.
4. Texas Government Code § 26.002(a) Court open
5. Texas Penal Code § 32.21(a)(1)(A)(ii) Fraud
6. Texas Penal Code § 32.22(b) intent to commit fraud or harm
7. Texas Code of Criminal Procedure 1.07(19)(A) Effective consent
8. Texas Penal Code § 37.10(a)(1) Tampering with Government Record
9. Texas Penal Code § 39.03(a)(1) Official Oppression
10. Texas Penal Code § 39.03(a)(2) Official Oppression
11. Texas penal Code 15.02 Conspiracy
12. Texas penal Code § 7.02 Criminally responsible
13. Texas Penal Code § Chapter 6 Neglect
14. Texas Penal Code § 140 Cruel and unusual punishment
15. Texas Penal Code § 3.04 Official misconduct
16. Texas Penal Code § chapter 32 Fraud
17. Texas Penal Code § 42.07 slander
18. Texas Penal Code § 36.06 Defamation of character
19. Texas Penal Code 8 Chapter 39. Abuse of office
20. Texas Penal Code 22.041 Child endangerment
21. Texas Educational Code Section 37.0023 Prohibited Adverse Techniques
22. Texas Penal Code 1.07
23. Texas Criminal Code of Criminal Conduct Article 2 General Duties of Officers
24. Texas Penal Code 5 section 22.04C Injury to a disabled person
25. Texas Penal code 146 (False arrest Color of Authority (color of law))
26. Texas Disciplinary Rules of Professional Conduct
27. Title 18 U.S.C. § 246 Unannotated Crimes and Criminal Procedure Deprivation or relief benefits
28. Title 42 U.S. Code § 1985 – Conspiracy to interfere with civil rights
29. 3-307. Notice of breach of fiduciary duty
30. The Individuals with Disabilities Act (IDEA)
31. 13-2921. HARASSMENT; CLASSIFICATION; DEFINITION
32. 13-2513. FAILURE TO DISCHARGE DUTIES; CLASSIFICATION; DEFINITION
33. Title 18 USC § 1621 Perjury
34. Title 42 § 1986 Action for neglect to prevent interference with civil rights
35. 18 U.S. Code § 2382 Misprision of treason
36. Executive Order 13519
37. Title 18 U.S. Code § 2384 Seditious Conspiracy
38. Title 15 U.S. Code § 45 - Unfair methods of competition unlawful;

prevention by Commission
39. Title 18 U.S.C. 1708 Theft or receipt of stolen mail
40. Title 18 U.S. Code § 3 Accessory after the fact
41. 42 CFR § 483.12 Freedom from abuse, neglect, and exploitation
42. Judiciary Act of 1789
    A. Justitia est Libertate prior. Justice comes before Liberty.
    B. Justitia nemini neganda est. Justice is to be denied to no one.
    C. Jus et fraus nunquani colihabitant. Right and fraud never abide together.
43. Maladministration.
44. Malfeasance
45. Title 18 § 249 Hate Crimes
46. Title 42 U.S.C. § 14141 Law Enforcement Misconduct
47. CIVIL STATUTES. 15 U.S.C. §§ 1691e(h), 3151(c); 18 U.S.C. § 248; 20 U.S.C. §§ 1681(a), 1706, 1709; 28 U.S.C. § 1862; 29 U.S.C. §§ 794, 1577(c); 31 U.S.C. §§ 6720, 6721(d); 42 U.S.C. §§ 300w-7(c), 300x-7(c), 300y-9(c), 708(c), 1971, 1973 to 1973ff-4, 1997, 2000a-3(a), 2000a-5(a), 2000b(a), 2000c-6(a), 2000d, 2000e-5(f), 2000e-6(a), 2000h-2, 3613, 3789d(c)(3), 3789d(c)(4)(C), 5309(c), 8625(c), 9906(c), 14141; 3789d(c); 49 U.S.C. §§ 306(e), 1615(a)(4).
CRIMINAL STATUTES. 18 U.S.C. §§ 241 to 248, 249, 594, 841 to 848, 875, 876, 924, 1001, 1503, 1504, 1508 to 1513, 1581 to 1594, 1621 to 1623, 2191 to 2196; 42 U.S.C. §§ 300a-8, 1973i(a)-(e), 1973j(a)-(c), 1973aa-3, 1973bb(b), 1973dd-3(b)-(c), 1974, 1974a, 2000e-8, 2000e-10, 3631; 46 U.S.C. §§ 658, 701.
The Civil Rights Division shares enforcement responsibility under some of these statutes with the Criminal Division, generally depending upon whether the matter involves discrimination or intimidation on account of race, or, in the case of those statutes dealing with obstruction of justice, relates to civil rights litigation. See 28 C.F.R. §§ 0.50 and 0.55. The Civil Rights Division has responsibility under 18 U.S.C. § 1001 with respect to false official statements made in connection with alleged violations of federal civil rights statutes.
48. Title 18 U.S.C. §§ 241-247 Civil Rights (1988)
49. Title 18 U.S.C. § 876 Mailing threatening communications
50. Title 18 U.S.C. § 1001 Statements (False, Fraud)
51. Title 18 U.S.C. § 1512 Tampering with a witness, victim, or an informant
52. Title 18 U.S.C. § 4 Misprision of felony
53. Title 42 U.S.C. § 3617 Interference, coercion, intimidation
54. Title 18 U.S.C. § 1702 Opening someone else's mail
55. Title 18 U.S.C. § 1590 Involuntary servitude
56. Title 18 U.S.C § 1622 Subornation of perjury
57. Title 18 U.S.C § 1623 False declarations before court
58. Title 42 U.S.C § 3631 Violations penalties (Familia)
59. Title 18 U.S.C. Chapter 29 False Imprisonment

60. Title 18 U.S.C. § 18-8-403. Official oppression
61. 28 CFR § 46.116 General Required Informed Consent.
62. 29 U.S.C. § 1109 Liability for breach of fiduciary duty.
63. § 606.12 Failure to report a crime.
64. § 2709 Harassment
65. Government Code 21.026
66. 5 C.F.R. § 2635.101 Basic Obligation of Public Service
67. 28 U.S. Code § 176 Removal from Office Federal Judge
68. § 7A-66 Removal of District Attorneys

# RES JUDICATA

Bennett v. Boggs, 1 Baldw 60, "Statutes that violate the plain and obvious principles of common right and common reason are null and void". Would we not say that these judicial decisions are straight to the point --that there is no lawful method for government to put restrictions or limitations on rights belonging to the people? Other cases are even more straight forward: "The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of practice."

Davis v. Wechsler, 263 US 22, 24. "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."

Miranda v. Arizona, 384 US 436, 491. "The claim and exercise of a constitutional right cannot be converted into a crime." Miller v. US, 230 F 486, 489. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."

Miller v. US, 230 F 486, 489. "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."

Miranda v. Arizona, 384 U.S. 426, 491; 86 S. Ct. 1603 "Where rights secured by the Constitution are involved, there can be no 'rule making' or legislation which would abrogate them."

Norton v. Shelby County, 118 U.S. 425 p. 442 "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

Simmons v. United States, 390 U.S. 377 (1968) "The claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law".

Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958) Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason. The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it". See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

Hoffsomer v. Hayes, 92 Okla 32, 227 F. 417 "The courts are not bound by an officer's interpretation of the law under which he presumes to act."

Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 (1974) Note: By law, a judge is a state officer. The judge then acts not as a judge, but as a private individual (in his person). When a judge acts as a trespasser of the law, when a judge does not follow the law, the Judge loses subject-matter jurisdiction and the judges' orders are not voidable, but VOID, and of no legal force or effect. The U.S. Supreme Court stated that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."

Murdock v. Pennsylvania, 319 U.S. 105 "No state shall convert a liberty into a license and charge a fee therefore."

Shuttlesworth v. City of Birmingham, Alabama, 373 U.S. 262 "If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity." Brinegar v. U.S.,388 US 160 (1949) Probable Cause to Arrest - Provides details on how to determine if a crime has been or is being committed.

Draper v. U.S. (1959) Probable cause is where known facts and circumstances, of a reasonably trustworthy nature, are sufficient to justify a man of reasonable caution in the belief that a crime has been or is being committed. Reasonable man definition; common textbook definition; comes from this case.

Sims v. Aherns, 271 SW 720 (1925) "The practice of law is an occupation of common right." "Because of what appears to be a lawful command on the surface, many Citizens, because of their respect for what appears to be law, are cunningly coerced into waiving their rights due to ignorance." US v Minker, 350 US 179 at 187(1956) Supreme Court of the United States 1795 "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."

Donnelly v. Dechristoforo, 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974) McNally v. U.S., 483 U.S. 350, 371-372, Quoting U.S. v Holzer, 816 F.2d. 304, 307 Fraud in its elementary common law sense of deceit... includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public,... and if he deliberately conceals material information from them he is guilty of fraud. "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings."

Hagans v Lavine 415 U. S. 533. "A judgment rendered by a court without personal jurisdiction over the defendant is void. It is a nullity."

Sramek v. Sramek, 17 Kan. App 2d 573, 576-7, 840 P. 2d 553 (1992) rev. denied 252 Kan. 1093(1993) "The law provides that once State and Federal jurisdiction has been challenged, it musts be proven."

Main v Thiboutot, 100 S Ct. 2502(1980) "Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 395 F 2d 906, 910 "Once challenged, jurisdiction cannot be assumed, it must be proved to exist."

Stock v. Medical Examiners 94 Ca 2d 751. 211 P2d 289 In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) "Where a court's power to act is controlled by statute, the court is governed by the rules of limited jurisdiction, and courts exercising jurisdiction over such matters must proceed within the structures of the statute." "The state citizen is immune from any and all government attacks and procedure, absent contract." see, Dred Scott vs. Sanford, 60 U.S. (19 How.) 393 or as the Supreme Court has stated clearly, "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent."

Jorgensen v. State, 567 N.E.2d 113, 121. "To establish the corpus delicti, independent evidence must be presented showing the occurrence of a specific kind of injury and that a criminal act was the cause of the injury."

Porter v. State, 391 N.E.2d 801, 808-809. "When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation" -- U.S. v. Burr, 309 U.S. 242 See: 22 U.S.C.A.286e, Bank of U.S. vs. Planters Bank of Georgia, 6L, Ed. (9 Wheat) 244; 22 U.S.C.A. 286 et seq., C.R.S. 11-60-103

1. Henderson County D-U-N-S number is 040953780000. Provided by Clint Davis.
2. Texas D-U-N-S number is 002537595

Poindexter v. Greenhow, 114 U.S. 270, 303 (1885). Brady v. U.S., 397 U.S. 742, 748, (1970) "Waivers of Constitutional Rights, not only must they be voluntary, but they must also be knowingly intelligent acts done with sufficient awareness."

Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." The constitutional theory is that we the people are the sovereigns, the state and federal officials only our agents." "The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the individual's rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."

Redfield v Fisher, 292 P 813, at 819 [1930] "...an officer may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office...The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'individual', not his official capacity..."

70 Am. Jur. 2nd Sec. 50, VII Civil Liability. "Fraud destroys the validity of everything into which it enters,"

Nudd v. Burrows, 91 U.S 426. "Fraud vitiates everything"

Boyce v. Grundy, 3 Pet. 210 "Fraud vitiates the most solemn contracts, documents and even judgments."

U.S. v. Throckmorton, 98 US 61 WHEREAS, officials and even judges have no immunity (See, Owen vs. City of Independence, 100 S Ct. 1398; Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21; officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of

the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. See: Title 42 U.S.C. Sec. 1983. "When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity."

Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457, 293 U.S. App. DC 101, (CA DC 1991). "It is the duty of all officials whether legislative, judicial, executive, administrative, or ministerial to so perform every official act as not to violate constitutional provisions."

Montgomery v state 55 Fla. 97-45S0.879 a. "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."

S.C.R. 1795, Penhallow v. Doane's Administrators 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54; and b. "the contracts between them" involve U.S. citizens, which are deemed as Corporate Entities: c. "Therefore, the U.S. citizens residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity"", Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773 Alexander v. Bothsworth, 1915. "Party cannot be bound by contract that he has not made or authorized. Free consent is an indispensable element in making valid contracts."

HALE v. HENKEL 201 U.S. 43 at 89 (1906) Hale v. Henkel was decided by the United States Supreme Court in 1906. The opinion of the court states: "The "individual" may stand upon "his Constitutional Rights" as a CITIZEN. He is entitled to carry on his "private" business in his own way. "His power to contract is unlimited." He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no duty to the State, since he receives nothing there from, beyond the protection of his life and property. "His rights" are such as "existed" by the Law of the Land (Common Law) "long antecedent" to the organization of the State" and can only be taken from him by "due process of law", and "in accordance with the Constitution." "He owes nothing" to the public so long as he does not trespass upon their rights."

HALE V. HENKEL 201 U.S. 43 at 89 (1906) Hale v. Henkel is binding on all the courts of the United States of America until another Supreme Court case says it isn't. No other Supreme Court case has ever overturned Hale v. Henkel None of the various issues of Hale v. Henkel has ever been overruled since 1906, Hale v. Henkel has been cited by the Federal and State Appellate Court systems over 1,600 times! In nearly every instance when a case is cited, it has an impact on precedent authority of the cited case. Compared with other previously decided Supreme Court cases, no other case has surpassed Hale v. Henkel in the number of times it has been cited by the courts. "The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government."

# Quote

First, they came for the Jews
and I did not speak out—
because I was not a Jew.
Then they came for the communists
and I did not speak out—
because I was not a communist.
Then they came for the trade unionists
and I did not speak out—
because I was not a trade unionist.
Then they came for me—
and there was no one left
to speak out for me.

**Author of original:**
Pastor Niemoller


Respectfully Submitted:


X _____  11/16/2022
Jay Williams