UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00449

**Jay Williams,**
*Plaintiff,*

v.

**State of Texas,**
*Defendant.*

## FINAL JUDGMENT

The court, having considered plaintiff's case and rendered its decision by separate order, hereby enters judgment that all claims in this matter are dismissed. The clerk of court is directed to close this case.

*So ordered by the court on February 2, 2023.*

J. Campbell Barker
United States District Judge